**Willis Andrea JONES, Plaintiff–Appellant,**

v.

**Boyd BENNETT; Robert Terry, JR.; Grady J. Haynes, Superintendent; Henry E. Rodwell, Lieutenant; C. McNair, Sargeant; Paula Hendricks; B Turner; Kellie DuFault; Hattie Pimpong, Defendants–Appellees.**

No. 02–6553.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Willis Andrea Jones, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Willis Andrea Jones appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Jones v. Bennett,* No. CA–02–60–5–CT–H (E.D.N.C. Mar. 26, 2002). We deny Jones' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*